IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America<br>      Plaintiff | )<br>)<br>) |
| vs | ) Crim No. 01-141<br>) |
| William Yednak, et al<br>      Defendant | )<br>) |

ORDER OF COURT

AND NOW, to wit, this 20 day of February, 2007, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

  Document: 10

                _____
                Gary L. Lancaster
                U.S. District Judge